UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Qureshi V. Whyte et al**

Case number: 1:26-CV-05575-LJL

**Letter Motion to extend time to effect service FRCP 6.(b)**

Pursuant to the Court's local Rules and your Honor's individual Rules of Practice. Plaintiff Sher Qureshi for the first time repectfully submit this letter-motion requesting 30 or 60 days time extension if necessary to the Hon, Judge Lewis J. Liman that when the defendants herein fail to return the signed waiver of the summons to Plaintiff herein under FRCP 6.(b), as the 90 days dead line to effect service of Summon and Complaint on the defendants, will be Sep 26, 2026. The Original Complaint filed on June 29, 2026 in this court.

Plaintiff acted in good faith to minimize litigation expenses as encouraged by Rule 4(d). Plaintiff delayed hiring a process server. Good cause exist for an extension because Plaintiff actively attempted to utilize the Waiver Process and the requested extension will allow Plaintiff sufficient time to arrange for formal personal service by a licensed Process Server or wait more time to return the Waiver, as Plaintiff on Sep 01, 2026 mailed the following papers to the five-defedants in this law-suit (Complaint with Cover-Sheet and two-pages of the Waiver dated Aug 31, 2026 for 30 days return and postage paid envelop to each defendant), by USPS certified-mail-return-reciept to their addresses as follows:

1. Officer Whyte & MTA Police Department-Grand Central Terminal, 89 East 42nd Street, New York 10017.
2. Letitia A. James-New York State Attorney General-28 Liberty Street New York 10005.
3. Daniel G. Cort-MTA Inspector General-One Penn Plaza, 11th Floor, Suite 1110 New York 10119.
4. Lucy Lang-NYS Inspector General-Empire State Plaza, Agency Building 2, 16th Floor, New York Albany 21223.
5. Mark D. Levine-Comptroller-One Centre Street, Room 517 New York City 10007

Today 09/21/2026 and none of the defendants above has returned the signed Waiver of Summons required from them which was mailed to them on 09/01/2026 with 30 days time. The New York Attorney General's Office still did not recieve the above documents from USPS and is stuck in the distribution centre or requires signature according to USPS.

We thank the Court for it's consideration of this Request. Attachments of Mail and Payment are -6

Respectfully Submitted

09/23/2026

Date

Signature

Sher A. Qureshi pro-se
450 Lexington Ave, Unit 1146
New York, NY 10163
phone: 6463539426

Plaintiff's requested extension is GRANTED to November 25, 2026 for good cause shown.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

September 24, 2026